AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MELANIE MORSE o/b/o A.K. MORSE,
a minor child,

                Plaintiff,

                   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

                Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-107-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion for Summary Judgment (ECF No. 16) is GRANTED.  Plaintiff's Motion for Summary Judgment (ECF No. 12) is DENIED.  Judgment shall be entered for Defendant and the file shall be CLOSED.

June 23, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer